IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VAN C. JACKSON,

    Plaintiff,

v.

JEFFERSON COUNTY DRUG TASK
FORCE, JEFFERSON COUNTY JAIL DEP.,
JEFFERSON POLICE DEPARTMENT,
AND D.A. OFFICE OF JEFFERSON
COUNTY,

    Defendants.

ORDER

Case No. 23-cv-199-jdp

---

VAN C. JACKSON,

    Plaintiff,

v.

JEFFERSON COUNTY JAIL AND
JEFFERSON COUNTY JAIL DEPUTIES,

    Defendants.

ORDER

Case No. 23-cv-214-jdp

---

Plaintiff Van C. Jackson, an inmate in the custody of the Jefferson County Jail, has submitted an inmate account statement for the six month period preceding the filing of the complaint in support of his request to proceed without prepayment of the filing fee in the above-captioned cases. Using information for the relevant time period from plaintiff's inmate account statement, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment in each of these cases. Under these circumstances, the court will grant plaintiff's request for leave to proceed without prepayment of the filing fee, but will not assess an initial partial filing fee in either of the above cases. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the

full $350 filing fee for indigent litigants remains plaintiff's obligation for each of these cases. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint in each case to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

## ORDER

IT IS ORDERED that,

1. Plaintiff Van C. Jackson's request for leave to proceed without prepayment of the filing fee in each of the above-captioned cases is GRANTED.

2. No further action will be taken until the court has screened the complaint in each case as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 17th day of April, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge